UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARRELL LEATH,

    Petitioner,

vs.                                    Case No. 3:07-cv-138-J-12TEM

M. L. M.,

    Respondent.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Petitioner, an inmate of the Florida penal system who is proceeding *pro se*, initiated this case by filing a Petition for Writ of Mandamus (Doc. #1) (hereinafter Petition). Petitioner is requesting this Court to enter a writ of mandamus allowing Petitioner to bring charges against the child victim or child witness for lying about being sexually assaulted or witnessing the sexual assault. Petition at 1. Petitioner is currently serving a ten-year sentence for attempted sexual battery of a victim under the age of twelve.[1]

---

[1] See http://www.dc.state.fl.us/ActiveInmates/detail.

The Court notes that writs of mandamus have been abolished in federal practice pursuant to Rule 81(b), Federal Rules of Civil Procedure. However, actions in the nature of mandamus to compel United States officials to perform duties are within the jurisdiction of the United States district courts pursuant to 28 U.S.C. § 1361. This case is not within the parameters of § 1361.

Clearly, this Court does not have jurisdiction to compel the the State Attorney's Office to perform its prosecutorial duties, which is essentially what Petitioner is asking this Court to do. Petitioner may contact the appropriate prosecutorial authorities, and it is within their discretion whether criminal charges should be brought. Since Petitioner was actually convicted, it appears that such charges would be extremely unlikely.

To the extent that Petitioner is actually seeking release from prison and is raising a challenge to his criminal conviction, he has improperly raised those claims in this mandamus action. If Petitioner wishes to challenge his conviction, he should submit a petition for writ of habeas corpus, after exhausting his state court remedies.

Thus, this action will be dismissed.

Accordingly, it is now

**ADJUDGED:**

1.   This case is **DISMISSED** without prejudice.

    2.    The Clerk of the Court shall enter judgment dismissing the case without prejudice.

    3.    The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6TH day of March, 2007.

                                                Howell W. Melton
                                          UNITED STATES DISTRICT JUDGE

sa 3/6
c:
Darrell Leath